**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| vs. | : | Case No. 1:21CR085 |
| TRES GENCO, | : | Judge Dlott |
| Defendant. | : | |

## MOTION TO EXTEND TIME FOR FILING THE FINAL PRESENTENCE INVESTIGATION REPORT

Now comes the Defendant, TRES GENCO, by and through counsel, and hereby moves the Court to extend the deadline for filing the final presentence investigation report for 45 days until April 28, 2023.

The Court ordered a presentence investigation in this matter. The probation department has disclosed the initial presentence report to the parties, but additional time is needed to attempt to resolve objections to the report before the final version is filed with the Court. Accordingly, Mr. Genco requests an additional 45 days before the report is filed.

Counsel for Mr. Genco has consulted with Michelle Conerty, United States Probation Officer, and she has no objection to the extension. Additionally, counsel has attempted to contact Assistant United States Attorney Megan Gaffney-Painter. Counsel believes that Ms. Gaffney-Painter will have no objection to the extension, but has been unable to reach her.

Wherefore, Mr. Genco respectfully requests that the Court extend the deadline for filing the final presentence report for 45 days until April 28, 2023.

Respectfully submitted,

DEBORAH WILLIAMS
FEDERAL PUBLIC DEFENDER

<u>s/ Richard Monahan</u>
Richard Monahan (0065648)
First Assistant Federal Public Defender
250 E. 5th Street, Suite 350
Cincinnati, Ohio 45202
(513) 929-4834

Attorney for Defendant
Tres Genco

### **CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the foregoing was served upon Megan Gaffney Painter, Assistant United States Attorney, via Electronic Case Filing, on this day of 15th day of March, 2023.

<u>s/ Richard Monahan</u>