
**HIGHLAND COUNTY SHERIFF'S OFFICE**
130 HOMESTEAD AVE
HILLSBORO, OH 45133
Phone 937-393-1421 Fax 937-393-5856
**Incident / Offense Report**
20R0302

Exhibit 4

Print Date/Time:
4/06/2020 11:33

**Narrative Type:** Supplementary Report
**Narrative Officer:** Bowen, Chris 3606

**Topic:** Sgt. Bowen
**Narrative Date/Time:** 3/13/2020 03:17

On March 12, 2020 around 5:00 pm I was notified by Sgt. Craig Seaman about a situation they were handling on Stoney Point Rd. Sgt. Seaman told me that they had responded to a possible barracade situation involving a male with a gun. Sgt. Seaman advised upon there arrival the male fiinally came out of the house without any incident and was identified as Tres Genco a 20 year old male. Sgt. Seaman advised Tres got into a verbal altercation with his mother during the course of that argument was threatened. Sgt. Seaman advised Det. Antinore had obtained permission from Tres to search his bedroom for any weapons. Sgt. Seaman told me they located an AR 15 with bump stock in the trunk of Tres car along with bullet proof vests and ammo that was concealed in the trunk of the car. Now inside the home Sgt. Seaman told me that a handgun was found hidden in the floor vent of Tres bedroom. Sgt. Seaman stated while in Tres bedroom they discovered some very disturbing writings that appeared to plans Tres had of committing a mass shooting at OSU Medical in Columus Ohio on May 23, 2020. Sgt. Seaman said they found a letter suggesting Tres was talking to someone in Russia and had visited Greece. Sgt. Seaman stated Det. Antinore contacted the ATF and FBI and the ATF unit said Tres was on there watch list. I told Sgt. Seaman I would come out to the scene as soon as I could. Sgt. Seaman stated they was now waiting to see if the FBI was going to respond to the scene and Tres would be transported to the Justice Center.

Eventually after numerous calls by Antinore and Seaman to FBI, Highway Patrol and ATF, to my amazement none of these Agencies were responding to a clear case of Making Terroristic Threats. Due to the seriousness of this case, Detectives prepared a search warrant for this property. A warrant was obtained by Det. Engle from Judge McKenna and the Sheriff's Office executed a search warrant. During the execution of said warrant, Det. Engle completed inventory of items being seized, Det. Antinore took photographs and I bagged and secured evidence for impound at the Justice Center. During the search of Tres bedroom, Det. Antinore discovered a homicide hit list on Tres computer where he was planning and watching approx. four subjects in Highland County that were all sexual offenders.

Once the search was completed we all cleared the scene.

Now back at the Sheriff's Office, Det. Antinore and I conducted an interview with ▉▉▉▉▉▉▉▉▉▉▉. Det. Antinore did most of the talking and every once in awhile I would ask a question. One thing I got from the interview was that ▉▉▉ was very concerned about her son's thoughts, the way he acts and his aggressiveness toward her. ▉▉▉ knew about his trip to Greece and Tres took this trip just before he went into Fort Benning Georgia Army boot camp. ▉▉▉ knew about some female Tres had been talking to in Russia but said Tres had met her online. ▉▉▉ said Tres was always on his computer in his bedroom and she said about the only time Tres ever left his house was to go shoot his guns somewhere on St Rt 138 toward Greenfield at a pull off area. Sarah claims that Tres does not have many friends. To hear full details of this interview and a word for word interview listen to the video interview.