IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

United States of America

      vs.                        Case Number: 1:21cr85

Tres Genco

CRIMINAL MINUTES: SENTENCING

Defendant appeared with counsel Richard Monahan and was sentenced as follows:

80 months in jail

5 years supervised release

Assessment: $100          Fine: 0         Restitution: 0

AUSA Megan Gaffney-Painter and Tim Mangan present

| | |
|---|---|
| Judge: | Susan J. Dlott |
| Courtroom Deputy: | William Miller |
| Court Reporter: | Lisa Conley-Yungblut, Official |
| Date: | February 29, 2024 |