# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

UNITED STATES OF AMERICA,             Case No.: 1:21cr85

    Plaintiff,

                                  Judge Susan J. Dlott

        v.

TRES GENCO,

    Defendant.

---

## ORDER APPOINTING COUNSEL

---

The Defendant has filed with this Court a financial affidavit which shows his/her inability to retain counsel.

Therefore, the Federal Public Defender, 250 E. Fifth Street, Suite 350, Chiquita Center, Cincinnati, Ohio 45202, 513-929-4834, is hereby appointed to represent the Defendant in this matter or is directed to appoint counsel from the Court's Criminal Justice Act Panel (CJA). The defendant may be required to contribute to the cost of representation depending on circumstances to be determined at a later date.

**IT IS SO ORDERED.**

Date   5/20/2026

                                        Judge Susan J. Dlott
                                        United States District