**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DISVION**

UNITED STATES OF AMERICA,                  :

            Plaintiff,                      :

vs.                                         :            Case No. 1:21CR85

TRES GENCO,                                 :            Judge Dlott

            Defendant.                      :

## UNOPPOSED MOTION FOR LEAVE TO FILE A SURREPLY

Now comes the Defendant, Tres Genco, and hereby files his motion for leave to file a surreply to the government's reply memorandum (Doc. #86). To provide sufficient time, the defense respectfully requests a deadline of Tuesday, June 16, 2026. The government has no objection to this request.

                              Respectfully submitted

                              JOSEPH MEDICI
                              FEDERAL PUBLIC DEFENDER

                              *s/ Zenaida Lockard (on behalf of Karen Savir)*
                              Zenaida Lockard (KY93402)
                              Karen Savir (KY 92002)
                              Assistant Federal Public Defender
                              250 E. 5th Street, Suite 350
                              Cincinnati, Ohio 45202
                              (513) 929-4834

                              Attorney for Defendant
                              Tres Genco
## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served upon Tim Mangan, Assistant United States Attorney, via Electronic Case Filing, on this 8th day of June 2026.

                              *s/ Zenaida Lockard*
                              Zenaida Lockard

*Granted*
*Susan J. Dlott*
*June 9, 2026*